To: Clerk of Court
From: Stephen McGill
#339992 L.S.P.
Angola, La. 70712

RECEIVED
JUL 11 2016
Legal Programs Department

SCANNED at LSP and Emailed
7/11/16 by CM. 17 pages
date    initials   No.

Dear Sir

Please file these papers A.S.A.P.
Thank you

7-7-2016

Respectfully

Stephen McGill
L.S.P. Angola, La.
70712